```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
RALPH NATALE, DAVID PEREZ,
DEMOS DEMOPOULOS, JEFFREY
ISAACS, KIRK CONWAY, and ROY KOHN
as TRUSTEES OF HEALTH FUND 917, and
HEALTH FUND 917,                                    ORDER ADOPTING R&R
                                                    15-CV-6788 (DRH)(GRB)
                        Plaintiffs,
-against-

IBERIA ROAD MARKINGS CORP.,

                        Defendant.
-------------------------------------------------------X
```

**HURLEY, Senior District Judge:**

Presently before the Court is the Report and Recommendation, dated February 28, 2017 ("R&R"), of Magistrate Judge Gary R. Brown recommending that the motion of plaintiffs for a default judgment against defendant Iberia Road Markings Corp. be granted and that plaintiff be awarded of damages in the amount of (1) $28,128.82 in unpaid contribution, (2) $9,082.06 in attorneys' fees, and (3) $400.00 in costs. More than fourteen days have elapsed since service of the R&R and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. Accordingly, this Court adopts the February 28, 2017 Report & Recommendation of Judge Brown as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for a default judgment against

defendant Iberia Road Markings Corp. be granted and that plaintiff be awarded of damages in the amount of (1) $28,128.82 in unpaid contribution, (2) $9,082.06 in attorneys' fees, and (3) $400.00 in costs.

Dated: Central Islip, N.Y.
   March 27, 2017             /s/ Denis R. Hurley
                         Denis R. Hurley
                         United States District Judge